# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| PABLO RIVERA, JR., #39468-177,<br>Movant,<br>vs.<br>M. UNDERWOOD, Warden<br>Respondent. | No. 3:18-CV-2853-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Court notes that Movant filed Objections on January 22, 2019, and because of those Objections the Court has waited for the $5.00 filing fee to be paid since that date. No fee has been paid and therefore by separate judgment, this case will be dismissed without prejudice for failure to prosecute or comply with a court order under Fed. R. Civ. P. 41(b).

SO ORDERED.

Signed March 5th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE