IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PABLO RIVERA, JR., #39468-177, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:18-CV-2853-K (BH) |
| ) | |
| M. UNDERWOOD, Warden, ) | |
|     Respondent. ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's filing, received on March 19, 2019 (doc. 9) is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **GRANTED**, and the judgment dismissing this case under Fed. R. Civ. P. 41(b) is hereby **VACATED**.

SO ORDERED.

**Signed March 29, 2019.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE